IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01689-BNB-KMT

BRIAN PATRICK SPENSER PERCEVAL,

Plaintiff,

v.

GRAYSON ROBINSON, Sheriff,
MRS. ELAINE, HSA, and
JANE DOE I, Nurse,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the **Motion for Extension of Time** [docket no. 52, filed November 26, 2013] and **Unopposed Motion for Amendment of Scheduling Order** [docket no. 53, filed November 26, 2013] (the "Motions").

      IT IS ORDERED that the Motions are GRANTED.  The dispositive motion deadline is extended to and including **January 13, 2014**.  The Pretrial Conference, now set for **January 8, 2014**, is **VACATED**, to be reset at a later date.


DATED:  November 27, 2013