IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01689-BNB-KMT

BRIAN PATRICK SPENSER PERCEVAL,

Plaintiff,

v.

GRAYSON ROBINSON, Sheriff,
MRS. ELAINE, HSA, and
JANE DOE I, Nurse,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

　　　This matter is before the Court on the **Stipulated Motion to Modify Scheduling Order** [docket no. 71, filed March 28, 2014] (the "Motion").

　　　IT IS ORDERED that the Motion is GRANTED as follows:

　　　The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **May 2, 2014**.

　　　Discovery cut-off is extended to and including **May 30, 2014**.

　　　The dipositive motions deadline is extended to and including **June 13, 2014**.

　　　IT IS FURTHER ORDERED that the Pretrial Conference set for July 10, 2014, is **vacated and reset to August 21, 2014, at 10:00 a.m.,** in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.  The proposed Pretrial Order, submitted pursuant to District of Colorado ECF Procedures V.6, is due on or before **August 14, 2014**.  Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification.  See D.C.COLO.LCivR 83.2(b).


DATED:  March 28, 2014