IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01689-BNB-KMT

BRIAN PATRICK SPENSER PERCEVAL,

Plaintiff,

v.

GRAYSON ROBINSON, Sheriff,
MRS. ELAINE, HSA, and
JANE DOE I, Nurse,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

　　Pursuant to the filing of the **Notice of Withdrawal of Motion for Summary Judgment** [75],

　　IT IS ORDERED that the Defendants' Motion for Summary Judgment [59] is **DENIED AS WITHDRAWN**.


DATED:  April 18, 2014