IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01689-BNB-KMT

BRIAN PATRICK SPENSER PERCEVAL,

Plaintiff,

v.

GRAYSON ROBINSON, Sheriff,
MRS. ELAINE, HSA, and
JANE DOE I, Nurse,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Motion for Withdrawal and Substitution of Counsel for Defendants** [docket no. 78, filed July 7, 2014] (the "Motion").

IT IS ORDERED that the Motion is GRANTED. Christine C. Stretesky is granted leave to withdraw from the representation of defendants and is to be removed from the electronic service.

DATED: July 7, 2014