IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 12-cv-01689-BNB-KMT

BRIAN PATRICK SPENSER PERCEVAL,

    Plaintiff,

v.

GRAYSON ROBINSON, Sheriff,
ELAINE MEYER, Health Services Administrator, and
LINDA C. ROSS, L.P.N.,

    Defendants.

---

## FINAL JUDGMENT

---

    PURSUANT to and in accordance with Fed. R. Civ. P. 58(a) and the Order entered by the Honorable Boyd N. Boland on August 26th, 2014, and incorporated herein by reference as if fully set forth, it is

    ORDERED that Defendants' Motion for Summary Judgment is GRANTED. It is

    FURTHER ORDERED that final judgment is hereby entered in favor of Defendants Grayson Robinson, Elaine Meyer and Linda C. Ross, and against Plaintiff Brian Patrick Spenser Perceval. It is

    FURTHER ORDERED that each party shall bear its own costs and attorney's fees. It is

    FURTHER ORDERED that plaintiff's Second Amended Prisoner Complaint and this civil action are DISMISSED with prejudice.

DATED at Denver, Colorado this  27th  day of August , 2014.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

BY:s/ N. Marble
N. Marble
Deputy Clerk